UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
GLENN WILLIAMS,

              Plaintiff,

- against -

2000 HOMES INC., MORTGAGE ENTERPRISE,
LTD., MARK SANDERS, and JOSEPH DEGAETANO,

              Defendants.
----------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 2 0 2011 ★
BROOKLYN OFFICE

**REPORT AND RECOMMENDATION**
09-CV-16 (JG)(JMA)

**AZRACK, United States Magistrate Judge:**

By Notice of Motion dated November 9, 2010, pro se plaintiff Glenn Williams petitioned for the appointment of counsel. ECF Nos. 113, 114. On November 26, 2010, Judge Gleeson referred plaintiff's motion for appointment of counsel to me for a report and recommendation. Upon a review of plaintiff's application, I recommended that plaintiff's motion be denied without prejudice to renew. ECF No. 115, Nov. 17, 2010. Judge Gleeson adopted the report and recommendation, allowing plaintiff to renew his motion "at later date when it can be determined whether the case is likely to be of substance." Judge Gleeson's Order, Dec. 17, 2010. One week later, plaintiff again requested the appointment of counsel. ECF No. 116, Dec. 14. 2010.

For the reasons stated in my prior report and recommendation, see ECF No. 115, and in light of the fact that there has been no additional discovery since Judge Gleeson adopted the initial report and recommendation, I again recommend denying plaintiff's request for counsel without prejudice to renew. I will revisit plaintiff's request when I consider the merits of his claims upon the completion of discovery or in connection with the defendant's upcoming summary judgment motion.

A hard copy of this Order will be mailed to plaintiff by Chambers.

SO ORDERED.

Dated: January 19, 2011
Brooklyn, New York

s/Joan M. Azrack
JOAN M. AZRACK
UNITED STATES MAGISTRATE JUDGE